# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: November 12, 2020

Mr. Thomas Franzinger
United States Attorney's Office
211 W. Fort Street, Suite 2001
Detroit, MI 48226

Mr. Donnell Doman Jackson
FCI Fort Dix
P.O. Box 2000
Joint Base MDL, NJ 08640

Re: Case No. 20-1843, *USA v. Donnell Jackson*
Originating Case No. : 2:11-cr-20493-1

Dear Counsel and Mr. Jackson,

The Court issued the enclosed Order today in this case.

Sincerely yours,

s/Briston S. Mitchell
Case Manager
Direct Dial No. 513-564-7082

cc: Mr. David J. Weaver

Enclosure

No mandate to issue

Case No. 20-1843

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

DONNELL DOMAN JACKSON, aka Donnell Jackson Jackson

    Defendant - Appellant

  Appellant having previously been advised that failure to satisfy certain specified obligations would result in dismissal of the case for want of prosecution and it appearing that the appellant has failed to satisfy the following obligation(s):

    The Appellant's Brief was not filed by October 5, 2020.

  It is therefore **ORDERED** that this cause be, and it hereby is, dismissed for want of prosecution.

**ENTERED PURSUANT TO RULE 45(a),
RULES OF THE SIXTH CIRCUIT**
Deborah S. Hunt, Clerk

Issued: November 12, 2020